IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

DOCKET NO. 5:16CR64-FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER CORRECTING |
| v. | ) | CLERICAL ERROR |
| | ) | |
| UVALDO GONZALEZ-VALDEZ | ) | |

Upon the Government's Motion to Correct Clerical Error and for the reasons set forth in the Motion, it is hereby ORDERED that the Consent Order and Judgment of Forfeiture is amended to state:

- **One Taurus PT22, .22 caliber pistol, serial number AMF05130 and ammunition.**

Signed: September 7, 2018

Frank D. Whitney
Chief United States District Judge